UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRITTANY EVANS, | ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:16CV1713 RLW |
| WESTON EDUCATIONAL, INC., | ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Brittany Evans's Fifth Status Report (ECF No. 12). In response to the Court's order for Plaintiff to show cause why this action should not be dismissed without prejudice for lack of timely service, Plaintiff informed the Court that Defendant commenced bankruptcy proceedings before responding to Plaintiff's Request for Waiver of Service (ECF No. 3). The Court stayed the case while ordering Plaintiff to file a status report on the bankruptcy proceedings (ECF No. 4). Plaintiff has timely filed subsequent status reports with the Court, noting Defendant's bankruptcy proceedings remain pending (ECF Nos. 5, 7, 9, 12).

Accordingly,

**IT IS HEREBY ORDERED** that this case shall be administratively **CLOSED** pending final disposition of the bankruptcy proceedings against Defendant and may be reopened by Plaintiff's filing of a motion to reopen the case after such final disposition.

Dated this 29 day of August, 2018.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**